To Judge of Court
ROS

1:17-CV-2877

The Plaintiff Levi Arthur Fedd 283587 To Let all court know by notify of changes to New prison and put all Court that my Life is in danger at

Way State prison 3620 Harris Road Way Cross georgia 31503

This is under oath as it is true

At time submit to The Court

Suffering in Lock down.

With No Health care - bugs and other problem

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 28 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk