Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

Waycross Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2017 NOV -2  A 11: 45

CLERK _____

| | |
|---|---|
| Levi ARthur Fodd <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Warden and ~~County~~ State of GA <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. ___5:17-cv-95___ <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.
## The Parties to This Complaint

### A.
### The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Levi ARthur Fedd
All other names by which you have been known: RoBert Lee Daniels JR / MICHAEL Alexander
ID Number:
Current Institution:
Address:

City _____ State _____ Zip Code

### B.
### The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their

individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: State of Georgia
Job or Title (if known): Commissioner of Ware State prison
Shield Number: Warden of Ware State Prison
Employer: malpractice of Ware State prison
Address: Counsel at Ware State prison
Way RRoss   GA
City _____ State _____ Zip Code
☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name: John Done
Job or Title (if known): Jane Done
Shield Number:
Employer:
Address:

City _____ State _____ Zip Code
☐ Individual capacity   ☐ Official capacity

Defendant No. 3

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Name: *Commissioner of Prison*
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City: *Waycross*  State: *GA*  Zip Code:
☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name: *Warden of State Prison*
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City: *Ware State Prison*  State: *GA*  Zip Code:
☐ Individual capacity   ☐ Official capacity

## II.
## Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.
Are you bringing suit against *(check all that apply)*:
☐ Federal officials (a *Bivens* claim)
☒ State or local officials (a § 1983 claim)

B.
Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Yes deprivation by the State and local officials*

C.
Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*N/A*

Page of 12

_N/A_

**D.**
Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."

42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_The Defedant Refuse Health Care and other on Copys_

**III.**
**Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:
- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*  _N/A_

**IV.**
**Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.** _on Copy_
If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_on Copy Attach page_

**B.**
If the events giving rise to your claim arose in an institution, describe where and when they arose.

_At Ware State Prison_

_____on Copy_____

**C.**
What date and approximate time did the events giving rise to your claim(s) occur?

_____on Copy See Copys_____

**D.**
What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?*

*Was anyone else involved? Who else saw what happened?)*

_____All on Copys- See copy_____

**V.**
**Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

blood come out of hold in body And other See Copys

**VI.**
**Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Plaintiff and Class Plaintiffs Requesting money damages and include the amounts of any actual damages punitive damages claimed for other

Page of 12

Act allege  See copy

## VII.
### Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.
Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes  Prison
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B.
Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes    N/A
☐ No
☐ Do not know

C.
Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes   At Prison The Staff Refuse to give out
☐ No    grievance at All time To plaintiff
        and class plaintiff at all time
        Request for Them

Page of 12

☐ Do not know

If yes, which claim(s)?

*on copys*

D.
Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes   *prison   prison*
☐ No
*ware State prison*

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes  *yes-   yes*
☒ No

E.
If you did file a grievance:

1.
Where did you file the grievance?   *At Wilcox State - and Georsia State Prison*

*New, At Ware State After 90 No HealthCare and other*

2.
What did you claim in your grievance?

*in need of Health Care and other*

3.
What was the result, if any?   *See Copys*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_other on copys_

4.
What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_The staff stop all grievance process_

F.
If you did not file a grievance:

1.
If there are any reasons why you did not file a grievance, state them here:

_All Grievance put in on time_

2.
If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_NA_

G.
Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_See copys_

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.
## Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

un Know at this time

A.
Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.
Parties to the previous lawsuit

Plaintiff(s)   un Know at this time

Defendant(s)

2.
Court *(if federal court, name the district; if state court, name the county and State)*
un Know At this time

3.
Docket or index number   un know at this time

Page of 12

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

4.
Name of Judge assigned to your case   *unknow at this time*

5.
Approximate date of filing lawsuit   *unknow at this time*

6.
Is the case still pending?
☑ Yes
☐ No

If no, give the approximate date of disposition.   *NA*

7.
What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*Pending*

C.
Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
☑ Yes
☐ No

D.
If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.
Parties to the previous lawsuit
Plaintiff(s)   *Health Care and other in copy*
Defendant(s)

2.
Court *(if federal court, name the district; if state court, name the county and State)*

3.
Docket or index number

unknow at this time

4.
Name of Judge assigned to your case

un know at this

5.
Approximate date of filing lawsuit

un know at this time

6.
Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition     N/A

7.
What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Still in Court

## IX.
## Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

## A.
### For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| | |
|---|---|
| Date of signing: | *Lew arthur Todd* |
| Signature of Plaintiff | |
| Printed Name of Plaintiff | *Roger Lee Daniels Sr.* |
| Prison Identification # | *Michael Ampler* |
| Prison Address | N/A |
| | _____  _____  _____ |
| | City                State              Zip Code |

## B.
### For Attorneys

| | |
|---|---|
| Date of signing: | *Pro-Se Counsel* |
| Signature of Attorney | *Lew arthur Todd* |
| Printed Name of Attorney | |
| Bar Number | N/A |
| Name of Law Firm | |
| Address | |
| | _____  _____  _____ |
| | City                State              Zip Code |
| Telephone Number | |
| E-mail Address | |